UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH
PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
GORDON CUMMING

Civil Action No. 2:19-1062

## SHORT FORM COMPLAINT

Plaintiff files this Short Form Complaint pursuant to Case Management Order No. 9 and is bound by the rights, protections, and privileges and obligations of that Order. Plaintiff hereby incorporates the Master Complaint in MDL No. 2846 by reference. Plaintiff further shows the Court as follows:

1. The name of the person implanted with Defendants' Hernia Mesh Device(s):

    Gordon Cumming

2. The name of any Consortium Plaintiff (if applicable):

    Michelle Cumming

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4. State of Residence

    Utah

5. District Court and Division in which action would have been filed absent direct filing:

    United States District Court for the District of Utah

6. Defendants (Check Defendants against whom Complaint is made):

    ☒    A.    Davol, Inc.

    ☒    B.    C.R. Bard, Inc. ("Bard")

    ☐    C.    Other (please list: _____)

7. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    ☐    3DMax Mesh

    ☐    3DMax Light Mesh

    ☐    Bard (Marlex) Mesh Dart

    ☒    Bard Mesh

    ☐    Bard Soft Mesh

    ☐    Composix

    ☐    Composix E/X

    ☐    Composix Kugel Hernia Patch

    ☐    Composix L/P

    ☐    Kugel Hernia Patch

    ☒    Marlex

    ☐    Modified Kugel Hernia Patch

    ☐    PerFix Light Plug

    ☒    PerFix Plug

    ☐    Sepramesh IP

    ☐    Sperma-Tex

    ☐    Ventralex Hernia Patch

☐ Ventralex ST Patch

☐ Ventralight ST

☐ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):
_____

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable devices):

☐ 3DMax Mesh

☐ 3DMax Light Mesh

☐ Bard (Marlex) Mesh Dart

☐ Bard Mesh

☐ Bard Soft Mesh

☐ Composix

☐ Composix E/X

☐ Composix Kugel Hernia Patch

☐ Composix L/P

☐ Kugel Hernia Patch

☒ Marlex

☐ Modified Kugel Hernia Patch

☐ PerFix Light Plug

☒ PerFix Plug

3

  ☐  Sepramesh IP

  ☐  Sperma-Tex

  ☐  Ventralex Hernia Patch

  ☐  Ventralex ST Patch

  ☐  Ventralight ST

  ☐  Ventrio Patch

  ☐  Ventrio ST

  ☐  Visilex

  ☐  Other (please list in space provided below):
    _____

9. Date of Implantation and state of Implantation:

    January 15, 2004; October 16, 2007; Utah

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?: ☒ Yes ☐ No

11. Basis of Jurisdiction:

    ☒  Diversity of Citizenship
    ☐  Other: _____

12. Counts in the Master Complaint brought by Plaintiff(s)

    ☒  Count I - Strict Product Liability - Defective Design

    ☒  Count II - Strict Product Liability - Failure to Warn

    ☒  Count III - Strict Product Liability - Manufacturing Defect

    ☒  Count IV - Negligence

4

☒ Count V - Neglicence Per Se

☒ Count VI - Gross Negligence

☒ Count VII - State Consumer Protection Laws (Please identify applicable State Consumer Protection laws(s)):
_____
_____

☒ Count VIII - Breach of Implied Warranty

☒ Count IX - Breach of Express Warranty

☒ Count X - Negligent Infliction of Emotional Distress

☒ Count XI - Intentional Infliction of Emotional Distress

☒ Count XII - Negligent Misrepresentation

☒ Count XIII - Fraud and Fraudulent Misrepresentation

☒ Count XIV - Fraudulent Concealment

☐ Count XV - Wrongful Death

☒ Count XVI - Loss of Consortium

☒ Count XVII - Punitive Damages

☐ Other Counts (please identify and state the factual and legal bases for other claims not included in the Master Complaint below):
_____
_____
_____
_____

☒ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to All Counts; if Jury Trial is Demanded as to Any Count(s), identify which ones (list below):
_____
_____

Respectfully submitted,

s/ **Pamela McLemore**
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Pamela McLemore
pamm@gld-law.com
Texas Bar No. 24099711
Michael T. Gallagher
mike@gld-law.com
Texas Bar No. 07586000
**THE GALLAGHER LAW FIRM, PLLC**
2905 Sackett Street
Houston, TX  77098
Telephone: (713) 222-8080
Facsimile: (713) 222-0066